UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

United States of America                                                                 Plaintiff

v.                                    Case No.: 4:20–mj–00039–JJV

Jesse Wendel Berry                                                                       Defendant

## NOTICE OF HEARING

    PLEASE take notice that a Initial Appearance has been set in this case for February 18, 2020, at 02:00 PM before Magistrate Judge Joe J. Volpe in Little Rock Courtroom # 2C in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:**  February 14, 2020                          AT THE DIRECTION OF THE COURT
                                                                              JAMES W. McCORMACK, CLERK


                                                                              **By:**  Lorna E. Jones, Deputy Clerk


Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas